IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRALL FARRO CANNON,

    Petitioner,                  No. 2:11-cv-0547 JFM (HC)

    vs.

TERRI L. GONZALEZ, Warden,

    Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or filed a request to proceed in forma pauperis.

        Petitioner is incarcerated in San Luis Obispo, California and was convicted in San Bernardino County. Both San Luis Obispo, California and San Bernardino County are in an area embraced by the United States District Court for the Central District of California.

        Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

/////

1  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2 United States District Court for the Central District of California.  28 U.S.C. § 2241(d); 28
3 U.S.C. § 1406(a).
4 DATED: March 15, 2011.

_____<br>UNITED STATES MAGISTRATE JUDGE

/kly014;cann0547.108b